1034

[No. 15694-6-II. Division Two. December 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
M. BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 91-1-00693-6, Karen B. Conoley, J., entered
January 21, 1992. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Seinfeld, A.C.J., and Hough-
ton, J.

[No. 16817-1-II. Division Two. December 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY L.
McDOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 92-1-00505-9, James D. Roper, J., entered Janu-
ary 20, 1993. *Reversed* and *remanded* by unpublished opinion
per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 13304-4-III. Division Three. December 6, 1994.]

WAYNE C. PRICE, ET AL, *Appellants*, v. TEANUM CANAL
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 92-2-00137-6, Michael E. Cooper, J., entered May
10, 1993. *Reversed* and *remanded* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Sweeney, J.